THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* ROBERT J. FOSTER, Respondent.

*Crimes — legislative committees — refusal to produce books, papers and documents — burden of proving materiality on People — judgment convicting defendant of violation of section* 1330 *of Penal Law properly reversed.*

*People* v. *Foster,* 204 App. Div. 295, affirmed.

(Argued June 6, 1923; decided July 13, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 26, 1923, which reversed a judgment, rendered at a Criminal Trial Term of the Supreme Court for the county of New York upon a verdict convicting the defendant of a violation of section 1330 of the Penal Law in that he refused to produce, upon reasonable notice, material books, papers and documents in his possession and under his control before a committee of the legislature authorized to summon witnesses.

*Carl Sherman, Attorney-General (Stanley L. Richter* and *Robert S. Johnstone* of counsel), for appellant.

*Walter Gordon Merritt* and *Horace S. Manges* for respondent.

Order affirmed on ground that the People did not discharge burden of proving that reports which defendant refused to produce were material, this court not agreeing with the interpretation placed on the word " willful " by the Appellate Division.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Not voting: MCLAUGHLIN, J.